# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:12-cr-00352-JCM-GWF |
| vs. | **ORDER** |
| SHAWN BAIRD, | Motion to Strike Plea Memorandum (#33) |
| Defendant. | |

This matter comes before the Court on Plaintiff's Motion to Strike Plea Memorandum (#33), filed on April 26, 2013. Plaintiff represents it inadvertently filed the plea memorandum (#32) as to Defendant Baird before it was signed. Plaintiff further represents the parties will re-file the memorandum after it is executed. Plaintiff establishes good cause to strike the unsigned plea memorandum. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Strike Plea Memorandum Filed in Error (#33) is **granted**.

**IT IS FURTHER ORDERED** that the April 26, 2013 Plea Memorandum (#32) is **stricken**.

DATED this 1st day of May, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge